IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BAD BOY ENTERPRISES, LLC                                                  PLAINTIFF

VS.                                                    Civil Action No.:  5:09cv160-DCB-JMR

GARY GUSTAFSON
AND
G-FORCE CONSULTING, INC.                                     DEFENDANTS

## **AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

CAME BEFORE THE COURT FOR HEARING the joint motion *ore tenus* of Plaintiff Bad Boy Enterprises, LLC ("Plaintiff") and Defendants Gary Gustafson and G-Force Consulting, Inc. ("Defendant") to settle and compromise the claims between them at issue in this matter. Having been advised that the claims have been resolved between the parties and finding that there is no just reason for delay, pursuant to their agreement, it is therefore,

ORDERED AND ADJUDGED that all claims brought by Plaintiff Bad Boy Enterprises, LLC against Defendants Gary Gustafson and G-Force Consulting, Inc., in this civil action shall be, and hereby are, dismissed, with prejudice, with each party to bear its respective costs, fees and expenses. IT IS FURTHER

ORDERED AND ADJUDGED that this is a Final Judgment within the meaning of the Federal Rules of Civil Procedure and that any appeal of this Order must be brought within the time provided by law from the date of entry of same.

SO ORDERED, this the 11th day of February, 2010.

                                               s/David Bramlette
                                               UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

s/Christopher C. Kelley
Christopher C. Kelley, Esq. (MSB #9732)
GWIN, LEWIS & PUNCHES, LLP
Post Office Box 1344
Natchez, MS 39121

ATTORNEY FOR BAD BOY ENTERPRISES, LLC

s/P. Ryan Beckett
P. Ryan Beckett (MSB #99524)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157

ATTORNEY FOR GARY GUSTAFSON AND G-FORCE CONSULTING, INC.

Jackson 4778498v1